**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

BENJAMIN VALENTINE, on behalf of
himself and all others similarly situated,

      Plaintiff,

    v.

J.P. MORGAN CHASE & CO.,

      Defendant.

Case No. 1:24-cv-03438-JLR

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Benjamin Valentine, pursuant to F.R.C.P. Rule 41(a), hereby voluntarily dismisses this action against Defendant J.P. Morgan Chase & Co., without prejudice.

Dated: June 21, 2024

Respectfully submitted,

*/s/ Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
vmaniatis@milberg.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 21, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
vmaniatis@milberg.com